IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-04013-RK |
| | ) | |
| (1) LAWRENCE COURTNEY LAWHORN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 3, 2023, Magistrate Judge Willie J. Epps, Jr., issued his Report and Recommendation (Doc. 98), recommending that the Court deny Defendant Lawrence Courtney Lawhorn's motion to dismiss under the Speedy Trial Act (Doc. 89). Defendant filed an objection to the Report. (Doc. 107.) After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Epps in full. Accordingly, the Court **ORDERS** that:

(1) the Report and Recommendation of Magistrate Judge Epps (Doc. 98) is **ADOPTED**;

(2) Defendant's objection (Doc. 107) is **OVERRULED**; and

(3) Defendant's motion to dismiss (Doc. 89) is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 3, 2023